SUZANNE A. ROTH, Appellant, v. SIMON I. PATINO, Respondent.

Submitted June 7, 1948; decided June 11, 1948.

*Jonas J. Shapiro*, *Janet Perlman* and *B. Leo Schwarz* for motion to reverse and in opposition to cross motion for substitution of parties.

*Charles Pickett* and *Edward R. Neaher* in support of cross motion and in opposition to motion for reversal.

Plaintiff's motion granted, with $10 costs and judgment of Appellate Division reversed. Cross motion denied, with $10 costs.